IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 7:21-cr-00017 |
| v. | ) | |
| | ) | |
| LISA SPANGLER, | ) | By:   Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

### ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purposes of conducting a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing proposed findings of fact and a recommendation as to the acceptance of such plea as tendered. The Magistrate Judge filed a Report and Recommendation on May 13, 2021, recommending that defendant Lisa Spangler's plea of guilty be accepted. ECF No. 15. No objections to the Report and Recommendation have been filed, and the court is of the opinion that the Report and Recommendation should be adopted in its entirety. Accordingly, the report and the findings and recommendation contained therein are hereby **ACCEPTED IN WHOLE**, Spangler's plea of guilty is **ACCEPTED**, and Spangler is adjudged **GUILTY** as to Count One of the Information. The Clerk of Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is so **ORDERED**.

Entered: JUNE 3, 2021

Michael F. Urbanski
Chief United States District Judge